## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| **JEFFREY BENJAMIN**, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>**ANSHU BHATNAGAR, et al.**<br><br>          Defendants, | **CASE NO.: 8:21-cv-01001** |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**NOTICE IS HEREBY GIVEN THAT** Matthew Anderson, Brian Molisky, Daniel Moore, and Eayvon Smith ("Movants") hereby file this Notice of Non-Opposition to the competing motion for appointment as lead plaintiff and approval of lead counsel.

Movants have: (i) evaluated the competing movant's motion; (ii) considered the claims asserted in this action; and (iii) believe, as a consequence, that Movants do not have the largest financial interest pursuant to the Private Securities Litigation Reform Act of 1995.  15 U.S.C. § 78u-4(a)(3)(B)(iii).

This Notice of Non-Opposition shall have no effect on, and is without prejudice to, each Movant's status as a member of the proposed class including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

1

#5196517v.1

Furthermore, Movants remain ready, willing, and able to serve as Lead Plaintiffs if the need arises.

Dated: July 23, 2021

RESPECTFULLY SUBMITTED,

/s/ *John B. Isbister*
John B. Isbister (#00639)
jisbister@tydings.com
Daniel S. Katz (#01148)
dkatz@tydings.com
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, MD 21202
Tel: 410-752-9700
Fax: 470-727-5460
*Proposed Liaison Counsel*

Matthew M. Guiney (admitted pro hac vice)
Patrick Donovan (admitted pro hac vice)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com
donovan@whafh.com

*Counsel for Movant and
Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2021, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *John B. Isbister*
John B. Isbister

#5196517v.1