

MURPHY
FALCON MURPHY

July 23, 2021

**VIA ECF**

The Honorable Paul W. Grimm
United States District Court
District of Maryland
6500 Cherry Wood Lane
Suite 465A
Greenbelt, MD 20770

  Re: *Benjamin v. Bhatnagar, et al.*, Case No. 8:21-cv-01001-PWG

Dear Judge Grimm:

  Lead Plaintiff Movant Mark Wayne ("Movant" or "Mr. Wayne") respectfully submits this response to Your Honor's Order, dated June 29, 2021, which ordered the competing lead plaintiff movants to file responses to the other's motion.

  On June 22, 2021, two competing motions for appointment as lead plaintiff and approval of counsel were filed in this action. ECF Nos. 10 and 11. On July 23, 2021, the movant group of Matthew Anderson, Brian Milosky, Daniel Moore, and Eayvon Smith, recognizing that Mr. Wayne had a larger financial interest, filed a notice of non-opposition to Mr. Wayne's lead plaintiff motion. ECF No. 18.

  Therefore, Mr. Wayne's motion is unopposed, and the Court should: (1) appoint Mr. Wayne as Lead Plaintiff of the Class; and (2) approve Mr. Wayne's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and Murphy, Falcon & Murphy as Liaison Counsel. The [Proposed] Order, filed as ECF number 11-8, reflects these requests.

         Respectfully submitted,

         /s/ Nikoletta S. Mendrinos
         Nikoletta S. Mendrinos (18961)
         **MURPHY, FALCON & MURPHY**

         *[Proposed] Liaison Counsel for Lead Plaintiff and the Class*

         **THE ROSEN LAW FIRM, P.A.**
         Phillip Kim

         *[Proposed] Lead Counsel for Lead Plaintiff and the Class*

cc:  All Counsel of Record (via ECF)