## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JEFFREY BENJAMIN, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> ANSHU BHATNAGAR, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 21-01001-LKG

Date:  September 24, 2021

## <u>ORDER</u>

On September 23, 2021, the parties filed a joint motion for extension of time in the above-captioned Securities and Exchange Act matter, requesting that the Court extend plaintiffs' deadline to file an amended complaint by two weeks.  ECF No. 23.  In support of their motion, the parties filed a joint stipulation in which they state that the additional time is necessary to allow them to continue settlement discussions.  *See* ECF No. 23-1 at 1.

In light of the foregoing, and for good cause shown, the Court **GRANTS** the parties' joint motion for extension of time and **MODIFIES** the Court's Order, dated May 24, 2021, as follows:

1. Plaintiffs shall **FILE** an amended complaint, on or before **October 8, 2021**; and

2. Defendants shall **ANSWER**, or otherwise respond to, the amended complaint, on or before **December 7, 2021**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge