**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JEFFREY BENJAMIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERUS INTERNATIONAL, INC., et al,<br><br>Defendants. | Case No.: 8:21-cv-01001-LKG<br><br>**STIPULATION OF DISMISSAL**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jeffrey Benjamin, Matthew Anderson, Brian Milosky, Daniel Moore, Eayvon Smith, and Mark Wayne (collectively, the "Individual Plaintiffs"), dismiss the above-entitled action against Defendants Verus International, Inc. ("Verus"), Anshu Bhatnagar, and Christopher Cutchens (collectively "Defendants").

Specifically, all claims brought by Individual Plaintiffs individually against Defendants will be dismissed ***with prejudice***.

Additionally, all claims brought by Individual Plaintiffs on behalf of all others similarly situated (the "Putative Class") against Defendants will be dismissed ***without prejudice***. The parties note that the above-entitled action has not been certified as a class pursuant to Federal Rules of Civil Procedure 23.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This Stipulation of Dismissal is signed by all parties who have appeared in above-entitled action.

**AGREED**:

**APPROVED** this 12th day of November, 2021.

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

Dated: November 9, 2021

By: /s

Nikoletta S. Mendrinos (18961)
**MURPHY, FALCON & MURPHY**
One South Street, 30th Floor
Baltimore, MD 21202
Telephone: (410) 539-6500
Fax: (202) 539-6599
Email: Nikoletta.mendrinos@murphyfalcon.com

*Liaison Counsel for the Individual Plaintiffs, Jeffrey Benjamin, Matthew Anderson, Brian Milosky, Daniel Moore, Eayvon Smith, and Mark Wayne*

**THE ROSEN LAW FIRM, P.A.**

/s/

Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for the Individual Plaintiffs, Jeffrey Benjamin, Matthew Anderson, Brian Milosky, Daniel Moore, Eayvon Smith, and Mark Wayne*

Dated: November 9, 2021

By: /s/

Chad E. Kurtz (#14102)
Ckurtz@cozen.com
**COZEN O'CONNOR**
1200 Nineteenth Street NW
Suite 300
Washington, DC 20036
(202) 463-2521
(202) 640-5939 (fax)

Joseph Dever
jdever@cozen.com
Tamar S. Wise
twise@cozen.com
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 9, 2021

/s/
Nikoletta S. Mendrinos

3